**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PREMIER ATX INDUSTRIES, LLC D/B/A PREMIER POOLS AND SPAS** | § | |
| **VS.** | § | **Civil Action No. 1:25-cv-00341** |
| **PREFERRED CONTRACTORS INSURANCE COMPANY AND THIRD COAST INSURANCE COMPANY** | § | |

# PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Premier ATX Industries, LLC d/b/a Premier Pools and Spas files this, its First Amended Complaint against, and directed to, Defendants Preferred Contractors Insurance Company and Third Coast Insurance Company, and alleges as follows:

## Service of Process

1. Defendants PREFERRED CONTRACTORS INSURANCE COMPANY and THIRD COAST INSURANCE COMPANY are in the business of providing insurance in the State of Texas.

2. Defendants have appeared and no further service is necessary.

## Jurisdiction and Venue

3. Venue of this action is proper in TRAVIS County, Texas because the policies at issue were issued and delivered in TRAVIS County, Texas, and all or part of the events made the basis of this lawsuit and giving rise to PLAINTIFF's claims and causes of action occurred in TRAVIS County, Texas.

## FACTUAL BACKGROUND

4. Defendants and/or their agents committed the actions alleged against PLAINTIFF in this complaint. PLAINTIFF owned the Policy# GLSISTC001582422 with Defendant Third Coast Insurance, from March 10, 2022 to March 10, 2023. PLAINTIFF owned the Policy# PCCM349402 with Defendant Preferred Contractors Insurance Company, from March 10, 2020 to March 10, 2021. PLAINTIFF owned the Policy# PCCM391273 with Defendant Preferred Contractors Insurance Company, from March 10, 2021 to March 10, 2022. PLAINTIFF owned the Policy# PC449283 with Defendant Preferred Contractors Insurance Company, from March 10, 2023 to March 10, 2024. Defendants had a duty to defend and indemnify Plaintiff against any and all claims submitted against it during the relevant policy periods. During the term of said policies, hundreds of claims were submitted against Plaintiff for property damage and construction defect claims related to the work performed by Plaintiff and its subcontractor. Several lawsuits have ensued. PLAINTIFF promptly reported losses to Defendants pursuant to the terms of the insurance policies. As a result, Plaintiff has had to expend significant monetary resources in the defense of the claims made against him. PLAINTIFF has been damaged in an amount in excess of the minimum jurisdictional limits of this Court, including injuries sustained as a result of having conduct business during the pendency of Defendants' conduct.

5. To date, four cases, for which defense was requested but never provided, have settled, with Plaintiff's contributions being undisclosed per the confidentiality clauses of said agreements. The case styles include: Cause No. D-1-GN-24-002600, *David Hertzberg and Allison Hertzberg v. Premier ATX Industries, LLC et al.*, in the 250th Judicial District Court of Travis County; Cause No. 24-1250-C425, *Adrian Sorapuru v. Premier ATX Industries, LLC d/b/a Premier Pools and Spas et al.*, in the 425th Judicial District Court of Williamson County;

Cause No. D-1-GN-24-000964, *Erin Criminale and Phillip Criminale v. Premier ATX Industries, LLC et al.*, in the 395th Judicial District Court of Williamson County; and Cause No. D-1-GN-24-000964, *Genevieve Moran and Logan Sain v. Premier ATX Industries, LLC et al.*, in the 53rd Judicial District Court of Travis County. And there are currently 53 active cases being litigated by counsel hired by Plaintiff, rather than by Defendants, after having been notified of claims, occurrences, and suits, in conjunction with requesting defense for same. More claims are coming in every day.

6. Construction of the pool, located at 118 La Casas Way in the city of Liberty Hill in the state of Texas and belonging to Corey Alesandro, began on July 27, 2021. The gunite was shot on August 9, 2021 by Big Dog Shotcrete. On February 13, 2024, Mr. Alesandro first noticed cracks in the pool. Premier Pools and Spas was notified of said cracks on March 28, 2024 by Mr. Alesandro. Since the date of the first signs of cracking, the following issues have been found per the homeowner: "Cracks of varying sizes in the plaster, from hairline to around 1/2 inch. Some cracks have a height difference between one side of the crack and the other. Some cracks are single lines while others have multiple branches. Numerous calcium nodules, that look like noodles coming out of cracks throughout the pool, continue to grow week to week. A couple of coping pavers have separated from the beam and wobble slightly when stepping on them." A claim was filed on July 5, 2024, with Premier Pools and Spas's insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss assigned to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the third-party adjusting company for Preferred Contractors Insurance Company, was February 13, 2024, also

known as the date on which the customer first noticed cracks in the pool. The claim, number 1.73811, was denied on October 2, 2024.

7. Construction of the pool, located at 7810 Dakota Circle in the city of Lago Vista in the state of Texas and belonging to Jerry and Kim Bludau, began on September 2, 2021. The gunite was shot on September 16, 2021 by Big Dog Shotcrete. On July 20, 2023, Mrs. Bludau notified Premier Pools and Spas of cracks in the pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on August 2, 2023 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Third Coast Insurance Company, was "Unknown." The claim, number PR014229, was denied on January 15, 2024.

8. Construction of the pool, located at 417 Daniel Crossing in the city of Liberty Hill in the state of Texas and belonging to Hector Bravo, began on August 11, 2021. The gunite was shot on September 11, 2021 by Big Dog Shotcrete. On December 6, 2023, Mr. Bravo notified Premier Pools and Spas of water loss and on January 22, 2024, he noticed a crack in the main pool bowl. A claim was filed on August 27, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was December 6, 2023, also known as the date on which the customer first reported an abnormal amount of water loss from the pool. The claim, number 1.75339, was denied on October 15, 2024.

9. Construction of the pool, located at 301 Spicebush Springs in the city of Leander in the state of Texas and belonging to Chris and Veronica Buxton, began on April 13, 2022. The gunite was shot on May 7, 2022 by Big Dog Shotcrete. The homeowner first noticed cracks in their pool on June 16, 2023. That same day, Mr. Buxton notified Premier Pools and Spas of damage to his pool. A claim was filed on September 11, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 16, 2023. The claim number 1.75507 was denied on October 16, 2024.

10. A separate claim was filed on October 29, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by the insurance adjuster Jennifer Day, working for Golden State Claims Adjusters as the adjuster company for Third Coast Insurance Company, was June 15, 2023. The claim, number TCIC001993, is pending.

11. Construction of the pool, located at 111 Blanco Drive in the city of Hutto in the state of Texas and belonging to Yvonne Carlton, began on September 29, 2021. The gunite was shot on October 26, 2021 by Big Dog Shotcrete. On June 23, 2023, Mrs. Carlton notified Premier of damage to her pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the

claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014180, was denied on January 28, 2024.

12. Construction of the pool, located at 4304 Mayfield Ranch Boulevard in the city of Round Rock in the state of Texas and belonging to Marie Cockrum, began on August 27, 2021. The gunite was shot on September 9, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks in their pool on April 10, 2024. On May 19, 2024, Mrs. Cockrum notified Premier Pools and Spas of damage to their pool. A claim was filed on August 30, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 10, 2024, also known as the date that the homeowner first noticed cracks in their pool. The claim, number 1.75384, was denied on October 15, 2024.

13. Construction of the pool, located at 1128 FM 1690 in the city of Lampasas in the state of Texas and belonging to Todd Cox, began on May 29, 2020. The gunite was shot on July 10, 2020 by Hotcrete. On February 23, 2023, the homeowner, Mr. Cox, notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims

Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014141, was denied on January 10, 2024.

14. Construction of the pool, located at 205 Trick Pony in the city of Liberty Hill in the state of Texas and belonging to Phil Criminale, began on June 21, 2021. The gunite was shot on August 4, 2021 by Big Dog Shotcrete. On March 30, 2023, the homeowner, Mr. Criminale, notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 13, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 21, 2021, also known as the start date for construction of the pool. The claim, number PR014200, was denied on November 7, 2023.

15. Construction of the pool, located at 125 Soaring Wing Bend in the city of Cedar Creek in the state of Texas and belonging to Walt and Alicia Edwards, began on June 17, 2022. The gunite was shot on June 27, 2022 by Fast Mix. The homeowner first noticed cracks in May of 2023. Mention was made of "slight cracks on the outside wall." On June 5, 2024, the homeowners notified Premier Pools and Spas of damage to their pool. A claim was filed with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. An acknowledgement letter was received on November 19, 2024. The Date of Loss applied to the claim by the insurance adjuster Debra Hickson, working for Golden State Claims Adjusters as

the adjuster company for Third Coast Insurance Company, was May 7, 2023. The claim, number TCIC002039, is pending.

16. A separate claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 7, 2023, also known as the date on which the customer first noticed cracks in the pool. The claim, number 1.75285, was denied October 15, 2024.

17. Construction of the pool, located at 2200 Airport Drive in the city of Leander in the state of Texas and belonging to Justin Fischer, began on May 8, 2020. The gunite was shot on June 2, 2020 by Hotcrete. On May 17, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 6, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014152, was denied on January 10, 2024.

18. Construction of the pool, located at 2825 San Milan Pass in the city of Round Rock in the state of Texas and belonging to Matt Fowler, began on August 24, 2020. The gunite was shot on September 16, 2020 by Hotcrete. On May 22, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not

provided by the homeowner. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014137, was denied on January 5, 2024.

19. Construction on the pool, located at 3605 Rock Terrace Drive in the city of Lago Vista in the state of Texas and belonging to Vanessa Franco, began on May 10, 2021. The gunite was shot on May 26, 2021 by Big Dog Shotcrete. On June 28, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 14, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014182, was denied on October 10, 2023.

20. Construction on the pool, located at 2228 San Polo Place in the city of Leander in the state of Texas and belonging to Roberto Gonzalez, began on August 30, 2021. The gunite was shot on September 16, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on January 14, 2022. On August 20, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. A claim was filed on August 24, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. No Date of Loss

was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014269, was denied on March 11, 2024. (During this time, Golden State Claims Adjusters was in transition to passing all PPAS claims to Raphael and Associates Insurance Adjusters.)

21. A separate claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 14, 2022, also known as the date the pool was completed. The adjuster states on the coverage determination letter that two claims were filed for this homeowner and were assigned the claim numbers 1.72536 and 1.75270. The claims were denied on March 10, 2025.

22. Construction on the pool, located at 3340 Catalina Cove in the city of Round Rock in the state of Texas and belonging to Raquel Goytia, began on October 8, 2021. The gunite was shot on October 14, 2021 by Big Dog Shotcrete. On October 17, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on November 2, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014435, was denied on January 15, 2024.

23. Construction on the pool, located at 1611 Elkins Lane in the city of Cedar Park in the state of Texas and belonging to Janell Gregerson, began on July 26, 2021. The gunite was shot on August 19, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 13, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014271, was denied on December 26, 2023.

24. Construction on the pool, located at 2904 Rambling Creek Lane in the city of Pflugerville in the state of Texas and belonging to (Danny) Carlos Gregory, began on July 26, 2021. The gunite was shot on August 11, 2021 by Big Dog Shotcrete. On September 10, 2023, the homeowner notified Premier Pools and Spas of damage to their pool. The homeowner first noticed cracks on September 7, 2023. A claim was filed on September 22, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The claims adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, placed the claim under policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss was identified as September 7, 2023, also known as the date the homeowner gave as the first signs of cracks. The claim, number 1.75253, was denied on October 10, 2024.

25. Construction on the pool, located at 1021 H K Allen Parkway in the city of Temple in the state of Texas and belonging to Jennifer Guerriero, began on August 17, 2021. The gunite was shot on September 9, 2021 by Big Dog Shotcrete. On July 20, 2024, the homeowner notified Premier Pools and Spas of damage to their pool. The homeowner first noticed cracks on June 21, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 1, 2024, also known as the date the first cracks were noticed. The claim, number 1.75460, was denied on October 16, 2024.

26. Construction on the pool, located at 2800 Linville Ridge Lane in the city of Pflugerville in the state of Texas and belonging to Esteban and Larissa Gutierrez, began on April 11, 2020. The gunite was shot on April 24, 2020 by EZ Mix. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014116, was denied on October 6, 2023.

27. Construction on the pool, located at 2711 Azzuro Way in the city of Cedar Park in the state of Texas and belonging to Allison Hertzberg, began on May 12, 2021. The gunite was shot on July 9, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not

provided by the homeowner. A claim was filed on March 10, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was December 7, 2021, also known as the completion date of the pool construction. The claim, number 1.80986, was denied on March 13, 2025.

28. Construction on the pool, located at 1204 Legacy Crossing in the city of Georgetown in the state of Texas and belonging to Roberta and Linda Huntley, began on October 1, 2021. The gunite was shot on October 8, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on August 18, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.80986, was denied on January 15, 2024.

29. Construction on the pool, located at 201 Retama Tree Trace in the city of Liberty Hill in the state of Texas and belonging to Colin Juren, began on October 19, 2021. The gunite was shot on October 28, 2021 by Big Dog Shotcrete. The first signs of cracks were noticed by the homeowner on February 14, 2025. The homeowner notified Premier Pools and Spas on March 20, 2025 of possible damage to their pool. A claim was filed on March 25, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The

Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 17, 2022, also known as the completion date of the pool construction. The claim, number 1.83253 .1357, is pending.

30. Construction on the pool, located at 4545 Via Roma Pass in the city of Leander in the state of Texas and belonging to Bo Kerin, began on November 1, 2021. The gunite was shot on November 9, 2021 by Big Dog Shotcrete. The first signs of cracks were noticed by the homeowner on April 12, 2022. The homeowner notified Premier Pools and Spas on May 22, 2024 of damage to their pool. A claim was filed on July 16, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by the insurance adjuster Karen Booth, working for Golden State Claims Adjusters as the adjuster company for Third Coast Insurance Company, was April 12, 2022, also known as the date for signs of the first cracks. The claim, number TCIC001727, was denied on September 6, 2024.

31. Construction on the pool, located at 429 Doe Run in the city of Georgetown in the state of Texas and belonging to Travis Kieke, began on May 19, 2020. The gunite was shot on May 30, 2020 by Hotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas on February 13, 2023 of damage to their pool. A claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of March 10, 2020 was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as

the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014117, was denied on October 6, 2023.

32. Construction on the pool, located at 5852 Sardinia Drive in the city of Round Rock in the state of Texas and belonging to Justin Klos, began on February 2, 2021. The gunite was shot on March 5, 2021 by Hotcrete. The first signs of cracks were noticed by the homeowner on September 19, 2024. The homeowner notified Premier Pools and Spas on February 17, 2025 of damage to their pool. A claim was filed on August 18, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of June 21, 2021 was applied to the claim by the insurance adjuster Pete Clark, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.82440 .1357, was denied on May 14, 2025.

33. Construction on the pool, located at 30140 Twin Creek Drive in the city of Georgetown in the state of Texas and belonging to Derek Maidlow, began on September 24, 2020. The gunite was shot on October 10, 2020 by Hotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas on June 5, 2023 of damage to their pool. A claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014178, was denied on April 22, 2024.

34. Construction on the pool, located at 220 Boushka Drive in the city of Burnet in the state of Texas and belonging to Rick Miller, began on March 30, 2022. The gunite was shot on May 11, 2022 by Big Dog Shotcrete. The first signs of cracks were noticed by the homeowner on March 1, 2022. The homeowner notified Premier Pools and Spas on March 27, 2024 of damage to their pool. A claim was filed on June 18, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by the insurance adjuster Deanne Murphy, working for Golden State Claims Adjusters as the adjuster company for Third Coast Insurance Company, was February 7, 2024. This date is unrelated to the dates provided in the claim. Two claim numbers were assigned to this claim: TCIC001727 and TCIC001695. A denial letter for claim number TCIC001695 was issued on July 12, 2024.

35. Construction on the pool, located at 3004 Rio Verde in the city of Leander in the state of Texas and belonging to Andrea Moore, began on June 16, 2021. The gunite was shot on June 26, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas of damage to their pool on May 3, 2023. A claim was filed on July 6, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014146, was denied on January 10, 2024.

36. Construction on the pool, located at 2704 Silverway Drive in the city of Austin in the state of Texas and belonging to Genevieve Moran, began on July 2, 2021. The gunite was shot on July 21, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. A claim was filed on July 14, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as July 2, 2021 in the claim acknowledgement letter. However, the Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014199, was denied on January 15, 2024. Another denial letter was issued from Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of November 24, 2021 was applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.72421, was denied on March 3, 2025.

37. Construction on the pool, located at 43 Meandering Way in the city of Round Rock in the state of Texas and belonging to Keitha Moseley and Patrick Dendy, began on November 29, 2021. The gunite was shot on December 15, 2021 by Big Dog Shotcrete. First signs of cracks were noticed by the homeowner on February 3, 2025. The homeowner notified Premier Pools and Spas of damage to their pool on February 4, 2025. A claim was filed on February 12, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10,

2021 to March 10, 2022. The Date of Loss was identified as March 10, 2022, also known as the final construction date of the pool, in the claim acknowledgement letter. However, the Date of Loss of February 3, 2025, also known as the date the homeowner gave as the first signs of cracks, was applied to the claim in the coverage determination letter by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.82000 .1357, was denied on May 12, 2025.

38. Construction on the pool, located at 1002 Wren Court in the city of Round Rock in the state of Texas and belonging to Leslie Navarro, began on March 17, 2022. The gunite was shot on April 12, 2022 by Big Dog Shotcrete. The first signs of cracks were noticed by the homeowner on April 5, 2024. The homeowner notified Premier Pools and Spas of the damage to their pool on November 22, 2022. A claim was filed on September 3, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Senior Claims Specialist Karen Booth, working for Golden State Claims Adjusters, the adjuster company for Third Coast Insurance Company, was April 5, 2024, also known as the date that the homeowner first noticed signs of cracks. The claim, number TCIC001875, was denied on February 19, 2024.

39. Construction on the pool, located at 8109 Bottlebrush Drive in the city of Austin in the state of Texas and belonging to Dan and Rachel Putnam, began on July 12, 2021. The gunite was shot on September 15, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas of damage to their pool on September 10, 2023. A claim was filed on September 18, 2023 with

Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as March 10, 2021 in the claim acknowledgement letter. This date is unrelated to the dates submitted in the claim, but is relevant to the date the policy went into effect. The Date of Loss of "Unknown" was applied to the claim in the coverage determination letter by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR0014320, was denied on January 15, 2024.

40. Construction on the pool, located at 715 Whitetrail Drive in the city of Round Rock in the state of Texas and belonging to Gordon Reina, began on August 19, 2020. The gunite was shot on September 1, 2020 by Hotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas of the damage to their pool on March 30, 2023. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss was identified as March 10, 2023 in the claim acknowledgement letter. This date is unrelated to the dates submitted in the claim, but is relevant to the date the policy went into effect. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014138, was denied on January 5, 2024.

41. Construction on the pool, located at 2113 Milan Meadows Drive in the city of Leander in the state of Texas and belonging to homeowner Juan Rodriguez, began on September 28, 2021. The gunite was shot on November 2, 2021 by Big Dog Shotcrete. The homeowner first

noticed cracks on January 11, 2023 and notified Premier Pools and Spas of damage to their pool on February 5, 2024. A claim was filed on November 8, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as August 16, 2022, also known as the completion date of the pool construction, by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.79637, was denied on January 30, 2025.

42. Construction on the pool, located at 5908 Camino Real in the city of Austin in the state of Texas and belonging to homeowner Charlie Russo, began on August 4, 2021. The gunite was shot on August 23, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. Mr. Russo notified Premier Pools and Spas of damage to the pool on July 9, 2024. A claim was filed September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as September 4, 2024, also known as the date the insurance company "first received notice" of the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.75411, was denied on October 15, 2024.

43. Construction on the pool, located at 13845 Fallsprings Way in the city of Manor in the state of Texas and belonging to Dwayne Simmons, began on August 10, 2020. The gunite was shot on August 24, 2020 by Hotcrete. A date that the cracks were first noticed was not provided by the homeowner. Mr. Simmons notified Premier Pools and Spas of the damage to

their pool on June 1, 2023. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss was identified as March 10, 2023 in the claim acknowledgement letter. This date is unrelated to the dates submitted in the claim, but is relevant to the date the policy went into effect. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014136, was denied on January 1, 2024.

44. Construction on the pool, located at 125 Mountain Lion Road in the city of Georgetown in the state of Texas and belonging to Carl Skager, began on July 2, 2021. The gunite was shot on July 22, 2021 by Big Dog Shotcrete. The homeowner first noticed leaks on March 3, 2022 and notified Premier Pools and Spas of damage to their pool on March 29, 2023. A claim was filed on July 13, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim in the coverage determination letter by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR0014179, was denied on January 28, 2024. A separate claim was filed and assigned the claim number 1.73992 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company. The Date of Loss was identified as March 3, 2022, also known as the date the homeowner first noticed leaks, by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim was denied on October 4, 2024.

45. Construction on the pool, located at 3824 Winnie Place in the city of Georgetown in the state of Texas and belonging to Michelle Teggeman, began on September 28, 2021. The gunite was shot on October 11, 2021 by Big Dog Shotcrete. The homeowner first noticed leaks on July 16, 2022 and notified Premier Pools and Spas of damage to their pool on February 19, 2024. A claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Senior Claims Specialist Karen Booth, working for Golden State Claims Adjusters, the adjuster company for Third Coast Insurance Company, was July 16, 2022, also known as the date that the homeowner first noticed signs of cracks. The claim, number TCIC001833, was denied on September 6, 2024.

46. A separate claim was filed on October 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as March 2, 2022, also known as the completion date of the pool construction, by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.79383, was denied on February 7, 2025.

47. Construction on the pool, located at 20609 Lukes Cove in the city of Pflugerville in the state of Texas and belonging to Hunter Thompson, began on April 21, 2022. The gunite was shot on May 11, 2022 by Hotcrete. The homeowner first noticed cracks on October 17, 2024 and notified Premier Pools and Spas of damage to their pool on October 28, 2024. A claim was

filed on November 6, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The claim is still pending an assigned claim number and adjuster.

48. Construction on the pool, located at 208 Culpepper Lane in the city of Cedar Park in the state of Texas and belonging to Luis Trejo, began on May 7, 2021. The gunite was shot on June 5, 2021 by Hotcrete. The homeowner first noticed cracks on February 29, 2024 and notified Premier Pools and Spas of damage to their pool on December 20, 2024. A claim was filed on January 29, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was October 7, 2021, also known as the completion date of the pool construction. The claim, number 1.81695, was denied April 1, 2025.

49. Construction on the pool, located at 2616 Melekhin Bend in the city of Cedar Park in the state of Texas and belonging to Edward Weltens, began on January 13, 2021. The gunite was shot on March 9, 2021 by Hotcrete. The homeowner first noticed cracks on June 6, 2023 and notified Premier Pools and Spas of damage to their pool on March 6, 2024. A claim was filed on July 13, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified in the claim acknowledgement letter as March 10, 2021, also known as the beginning date for coverage of the policy, by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as

the adjuster company for Preferred Contractors Insurance Company. The denial letter, also signed by Dianna O'Shea and dated January 10, 2024, lists "Unknown" for the Date of Loss. The claim, number PR014169, was denied on January 10, 2024.

50. Construction on the pool, located at 1414 Mulberry Way in the city of Cedar Park in the state of Texas and belonging to Amy Allen, began on August 5, 2021. The gunite was shot on August 19, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on August 5, 2022. On January 3, 2024, the homeowner notified Premier Pools and Spas of damage to their pool. A claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Senior Claims Specialist Karen Booth, working for Golden State Claims Adjusters, the adjuster company for Third Coast Insurance Company, was March 14, 2022, also known as the completion date of construction on the pool. The claim, number TCIC001838, was denied on September 6, 2024.

51. A separate claim was filed on October 29, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as March 14, 2022, also known as the completion date of the pool construction, by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.79486, was denied on January 27, 2025.

52. Construction on the pool, located at 20430 Cameron Road in the city of Coupland in the state of Texas and belonging to Craig Andersen, began on November 5, 2021. The gunite

was shot on December 9, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on June 21, 2022 and notified Premier Pools and Spas of damage to their pool on October 15, 2022. A claim was filed on August 22, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. No specific Date of Loss is given in the denial letter from Claims Specialist Cindy Yanez, working for Golden State Claims Adjusters, the adjuster company for Third Coast Insurance Company. The letter states that "the insured's work on the subject project began in or about November 2021 before the policy inception date of 3/10/23, thus, there is no potential for an "property damage" implicating the insured's work to have occurred during the "policy period." The claim, number TCIC001843, was denied on October 17, 2024.

53. A separate claim was filed on October 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss was identified as May 24, 2022, also known as the completion date of the pool construction, by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.79390, was denied on January 30, 2025.

54. Construction on the pool, located at 1528 Bellini Lane in the city of Leander in the state of Texas and belonging to Renee and Jonathan Bellino, began on June 13, 2021. The gunite was shot on June 24, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on January 23, 2024 and notified Premier Pools and Spas of damage to their pool on April 26, 2024. A claim was filed on August 22, 2024 with Premier Pools and Spas' insurance company

Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 23, 2024, also known as the date that the homeowner first noticed signs of cracks. The claim, number 1.75272, was denied October 10, 2024

55. Construction on the pool, located at 15321 Sisters Circle in the city of Austin in the state of Texas and belonging to Victor Bischoff, began on August 2, 2021. The gunite was shot on August 13, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on August 11, 2023 and notified Premier Pools and Spas of damage to their pool on August 15, 2023. A claim was filed on August 18, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The claim acknowledgement letter sent from Senior Claims Examiner Pete Clarke with Raphael and Associates, the adjuster company for Preferred Contractors Insurance Company, placed the claim under the policy number PC449283 with the coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss was identified as August 11, 2023, also known as the date that the homeowner first noticed signs of cracks, by the insurance adjuster Pete Clarke, The claim, number 1.73801, was denied on September 18, 2024.

56. Construction on the pool, located at 103 Silverstone Drive in the city of Georgetown in the state of Texas and belonging to Michael and Charity Bower, began on May 9, 2022. The gunite was shot on May 19, 2022 by Big Dog Shotcrete. The homeowner first noticed cracks on December 1, 2023 and notified Premier Pools and Spas of damage to their pool on October 30, 2024. A claim was filed on December 3, 2024 with Premier Pools and Spas'

insurance company Third Coast Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The contact letter sent on December 4, 2024 states the Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, as December 1, 2023, also known as the date the homeowner first noticed signs of cracking. However, the coverage determination letter sent by the noted adjuster on March 11, 2025, states the Date of Loss as August 23, 2022, also known as the completion date of the pool construction. The claim, number 1.80755 (.1357), was denied March 11, 2025.

57. Construction on the pool, located at 1901 County Road 100 in the city of Burnet in the state of Texas and belonging to Jeff Bowman, began on June 29, 2021. The gunite was shot on July 15, 2021. The homeowner first noticed cracks on May 10, 2024 and notified Premier Pools and Spas of damage to their pool on October 29, 2024. A claim was filed on December 3, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was September 22, 2021, also known as the completion date of the pool construction. The claim, number 1.80754, was denied March 11, 2025.

58. Construction on the pool, located at 3304 Magellen Court in the city of Round Rock in the state of Texas and belonging to Dana Briggs, began on August 11, 2021. The gunite was shot on August 30, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on July

1, 2023 and notified Premier Pools and Spas of damage to their pool on July 20, 2023. A claim was filed on July 27, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. Two separate denial letters were sent. The first listed the claim number as PR017273 and is dated November 7, 2023. The Date of Loss of "Unknown" was signed by Dianna O'Shea in the letter. The second letter stated the Date of Loss as July 1, 2023, also known as the date that the homeowner first noticed signs of cracks, by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number 1.73804, was denied September 19, 2024.

59. Construction on the pool, located at 20409 Rita Blanca Circle in the city of Pflugerville in the state of Texas and belonging to Todd Bruder, began on September 21, 2021. The gunite was shot on October 1, 2021 by Big Dog Shotcrete. The homeowner first noticed cracks on November 11, 2024 and notified Premier Pools and Spas of damage to their pool that same day. A claim was filed on December 18, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was November 11, 2024, also known as the date that the homeowner first noticed signs of cracks. The claim, number 1.80959, was denied March 13, 2025.

60. Construction on the pool, located at 16705 Dumas Street in the city of Pflugerville in the state of Texas and belonging to Chris Busch, began on March 22, 2021. The gunite was shot on April 21, 2021 by Hotcrete. The homeowner first noticed cracks on November 20, 2024 and notified Premier Pools and Spas of damage to their pool on May 1, 2025. A claim was filed on May 14, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. A claim number and insurance adjuster have not been assigned to the claim to date.

61. Construction on the pool, located at 9610 Braeburn Glen in the city of Austin in the state of Texas and belonging to Rodney Bustamante, began on June 17, 2020. The gunite was shot on July 7, 2020 by Hotcrete. The homeowner first noticed cracks on May 1, 2023 and notified Premier Pools and Spas of damage to their pool on June 27, 2023. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss, applied to the claim by Dianna O'Shea in the claim acknowledgement letter sent on July 6, 2023, was August 3, 2020, also known as the completion date of the pool construction. The claim, number PR014135, was denied.

62. A separate claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was

May 1, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.73802, was denied September 19, 2024.

63. Construction on the pool, located at 2108 Boca Rio Court in the city of Pflugerville in the state of Texas and belonging to Shawn Carter, began on October 18, 2021. The gunite was shot on October 23, 2021 by Big Dog Shotcrete. A date that the cracks were first noticed was not provided by the homeowner. The homeowner notified Premier Pools and Spas of damage to their pool on August 19, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 19, 2024, also known as the date that the homeowner notified Premier Pools and Spas of the damage. The claim, number 1.75470, was denied October 16, 2024.

64. Construction on the pool, located at 546 Centerbrook Place in the city of Round Rock in the state of Texas and belonging to Jonathan and Mary Case, began on June 10, 2020. The gunite was shot on June 27, 2020 by EZ Mix. The homeowner first noticed cracks on January 6, 2023 and notified Premier Pools and Spas of damage to their pool on March 7, 2023. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by Golden State Claims Adjusters' Dianna O'Shea in the claim acknowledgement letter sent on July 6, 2023, was September 15, 2020, also known as the completion date of the pool construction. However, the Date of Loss of "Unknown" was applied to the claim in the coverage determination letter sent on

October 10, 2023 by the noted insurance adjuster, Senior Claim Specialist Dianna O'Shea. The claim, number PR014182, was denied in the letter sent on October 10, 2023. (Claim number PR014182 has also been referenced as claim number PR014133 in the existing correspondence with Golden State Claims Adjusters.)

65. A separate claim was filed on July 19, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The claim acknowledgement letter sent on July 22, 2024, states the Date of Loss applied to the claim by Debra Hickson, working for Golden State Claims Adjusters as the adjuster company for Third Coast Insurance Company, as September 15, 2020, also known as the date of completion for the pool construction. The claim, number TCIC001741, is pending.

66. Construction on the pool, located at 407 Explorer in the city of Lakeway in the state of Texas and belonging to Lucia Castro, began on June 3, 2021. The gunite was shot on June 26, 2021 by Hotcrete. The homeowner first noticed signs of cracks on December 1, 2024 and notified Premier Pools and Spas of damage to their pool on December 13, 2024. A claim was filed on January 3, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was October 8, 2021, also known as the date of completion for the pool construction. The claim, number 1.81111, was denied April 1, 2025.

67. Construction on the pool, located at 8015 Cahill Drive in the city of Austin in the state of Texas and belonging to Amanda Conley, began on September 2, 2021. The gunite was shot on September 16, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 5, 2022 and notified Premier Pools and Spas of damage to their pool on July 23, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. On September 10, 2024, a contact letter was sent with the Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, as July 23, 2024, also known as the date that the homeowner notified Premier Pools and Spas of the damage. However, the coverage determination letter sent on October 16, 2024, states the Date of Loss as February 5, 2022, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.75469, was denied October 16, 2024.

68. Construction on the pool, located at 2716 Florin Cove in the city of Round Rock in the state of Texas and belonging to Vanessa Cooper, began on March 11, 2022. The gunite was shot on October 15, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on March 7, 2024 and notified Premier Pools and Spas of damage to their pool on March 25, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 7, 2024, also known

as the date the homeowner first noticed signs of cracking. The claim, number 1.73812, was denied October 2, 2024.

69. Construction on the pool, located at 1507 Ambling Trail in the city of Cedar Park in the state of Texas and belonging to Chris Cordell, began on March 11, 2022. The gunite was shot on April 11, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on May 5, 2023 and notified Premier Pools and Spas of damage to their pool on June 5, 2024. A claim was filed on July 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 5, 2023, also known as the date that the homeowner first noticed signs of cracks. The claim, number 1.73832, was denied October 3, 2024.

70. A separate claim was filed on November 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. An SIR letter was sent under the claim number TCIC002049 on November 27, 2024 from Jennifer Day, Senior Claims Specialist working for Golden State Claims Adjusters representing Third Coast Insurance Company.

71. Construction on the pool, located at 11708 Gold Run Cove in the city of Manor in the state of Texas and belonging to Heralio Cortez, began on December 16, 2021. The gunite was shot on December 1, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 1, 2024 and notified Premier Pools and Spas of damage to their pool on June 6,

2024. A claim was filed on September 13, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 6, 2024, also known as the date the homeowner notified Premier Pools and Spas of the damage. The claim, number 1.75539, was denied on October 16, 2024.

72. Construction on the pool, located at 1454 Hargis Creek Trail in the city of Austin in the state of Texas and belonging to Carlos Creque, began on November 19, 2021. The gunite was shot on December 1, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on March 3, 2024 and notified Premier Pools and Spas of damage to their pool on June 24, 2024. A claim was filed on September 13, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 24, 2024, also known as the date the homeowner notified Premier Pools and Spas of the damage. However, in the coverage determination letter the Date of Loss is March 3, 2024, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.735544, was denied on October 4, 2024.

73. Construction on the pool, located at 3044 Margarita Loop in the city of Round Rock in the state of Texas and belonging to Jason Davis, began on October 20, 2021. The gunite was shot on October 22, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of

cracks on September 26, 2023 and notified Premier Pools and Spas of damage to their pool on January 12, 2024. A claim was filed on July 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was September 26, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.74027, was denied on October 7, 2024.

74. Construction on the pool, located at 14708 Iveans Way in the city of Austin in the state of Texas and belonging to Akshay Desai, began on April 5, 2022. The gunite was shot on May 6, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 22, 2024 and notified Premier Pools and Spas of damage to their pool on May 23, 2024. A claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was February 22. 2024, also known as the date that the homeowner first noticed signs of cracks. The claim, number 1.75255, was denied.

75. Construction on the pool, located at 117 Kendra Drive in the city of Liberty Hill in the state of Texas and belonging to Kevin Donaldson, began on July 17, 2020. The gunite was shot on August 1, 2020 by Hotcrete. The homeowner first noticed signs of cracks on May 20, 2024 and notified Premier Pools and Spas of damage to their pool on November 25, 2024. A claim was filed on February 4, 2025 with Premier Pools and Spas' insurance company Preferred

Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 20, 2024, also known as the date the homeowner first noticed signs of cracking. However, in the coverage determination letter the Date of Loss was July 17, 2020, also known as the start date of the pool construction. The claim, number 1.81867, was denied on April 9, 2025.

76. Construction on the pool, located at 2105 Rocky Mountain Drive in the city of Lampasas in the state of Texas and belonging to Lauren Dowdy, began on August 16, 2021. The gunite was shot on September 1, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on May 12, 2022 and notified Premier Pools and Spas of damage to their pool on January 23, 2025. A claim was filed on January 27, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 12, 2022, also known as the date the homeowner first noticed signs of cracks. However, in the coverage determination letter the Date of Loss is January 14, 2022, also known as the completion date of the pool construction. The claim, number 1.81707, was denied on March 31, 2025.

77. Construction on the pool, located at 3257 Wild Seed Drive in the city of Salado in the state of Texas and belonging to Will Duvall, began on April 30, 2022. The gunite was shot on May 18, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 1,

2023 and notified Premier Pools and Spas of damage to their pool on July 1, 2023. A claim was filed on August 24, 2023 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Golden State Claims Adjusters' Dianna O'Shea in the claim acknowledgement letter sent on September 20, 2023, was August 24, 2023, also known as the date the claim was filed. However, the Date of Loss was not listed in the coverage determination letter sent on October 10, 2023 by the noted insurance adjuster, Senior Claim Specialist Dianna O'Shea. The claim, number TCIC001132, was denied in the letter sent on September 23, 2024.

78. A separate claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 1, 2023, also known as the date that the homeowner first noticed signs of cracks. The claim, number 1.73800, was denied on September 17, 2024.

79. Construction on the pool, located at 108 Bethel Street in the city of Georgetown in the state of Texas and belonging to Laura Elderton, began on October 13, 2021. The gunite was shot on October 26, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on March 28, 2024 and notified Premier Pools and Spas of damage to their pool on April 15, 2024. A claim was filed on January 27, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim

by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 28, 2024, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.75382, was denied on October 15, 2024.

80. Construction on the pool, located at 3505 Hidden Oaks Cove in the city of Round Rock in the state of Texas and belonging to John Ellis, began on May 2 2020. The gunite was shot on May 20, 2020 by EZ Mix. The homeowner first noticed signs of cracks on July 7, 2020 and notified Premier Pools and Spas of damage to their pool on July 15, 2024. A claim was filed on November 15, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 15, 2020, also known as the date of completion for the construction of the pool. The claim, number 1.79741, was denied on January 28, 2025.

81. Construction on the pool, located at 117 Stallion Way in the city of Liberty Hill in the state of Texas and belonging to Marvin Elzey, began on September 14, 2020. The gunite was shot on December 3, 2020 by Hotcrete. The homeowner first noticed signs of cracks on October 4, 2020 and notified Premier Pools and Spas of damage to their pool on July 12, 2023. A claim was filed on July 27, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the

adjuster company for Preferred Contractors Insurance Company, was July 15, 2020. The claim, number PR014274, was denied on January 15, 2024.

82. A separate claim was filed on July 18, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim in the contact letter sent by the insurance adjuster Pete Clarke, working for Raphael and Associates as the adjuster company for Preferred Contractors Insurance Company, was September 14, 2020, also known as the start date for the pool construction. However, the coverage determination letter lists October 4, 2020, also known as the date the homeowner first noticed signs of cracks, as the Date of Loss. The claim, number 1.73975, was denied on October 4, 2024.

83. Construction on the pool, located at 6805 George Cove in the city of Killeen in the state of Texas and belonging to Gerson and Geraldine Espinoza, began on January 14, 2021. The gunite was shot on February 1, 2021 by Hotcrete. The homeowner first noticed signs of cracks on March 9, 2025 and notified Premier Pools and Spas of damage to their pool the same day on March 9, 2025. A claim was filed on April 2, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 7, 2021, also known as the completion date of the pool construction. However, in the coverage determination letter the Date of Loss is March 9, 2025, also known as

the date the homeowner first noticed signs of cracks. The claim, number 1.85367 .1357, was denied on May 14, 2025.

84. Construction on the pool, located at 106 Rustler Circle in the city of Harker Heights in the state of Texas and belonging to Darrin Everette, began on January 8, 2021. The gunite was shot on February 2, 2021 by Hotcrete. The homeowner first noticed signs of cracks on June 24, 2024. A claim was filed on December 3, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 23, 2021, also known as the completion date of the pool construction. The claim, number 1.80753, was denied on March 11, 2025.

85. Construction on the pool, located at 6311 Cordillera Drive in the city of Killeen in the state of Texas and belonging to William Farmer, began on April 14, 2022. The gunite was shot on April 28, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on January 5, 2024 and notified Premier Pools and Spas of damage to their pool on August 2, 2024. A claim was filed on February 4, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 5, 2024, also known as the date the homeowner first noticed signs of cracks. However, in the coverage position letter the Date of Loss applied to the claim by Pete Clarke was April 14,

2022, also known as the start date for the construction of the pool. The claim, number 1.81863, was denied on April 7, 2025.

86. Construction on the pool, located at 11016 Daly Cove in the city of Austin in the state of Texas and belonging to Karl Filar, began on May 30, 2022. The gunite was shot on October 5, 2024 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 1, 2023 and notified Premier Pools and Spas of damage to their pool on July 22, 2024. A claim was filed on October 28, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was September 19, 2022, also known as the end date of the pool construction. The claim, number 1.79462, was denied on March 12, 2025.

87. Construction on the pool, located at 17708 Cormac Court in the city of Pflugerville in the state of Texas and belonging to Tiffany Fincher, began on June 30, 2022. The gunite was shot on August 30, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on September 1, 2023 and notified Premier Pools and Spas of damage to their pool on May 20, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was September 1, 2023,

also known as the date the homeowner first noticed signs of cracks. The claim, number 1.73817, was denied on October 4, 2024.

88. A separate claim was filed on November 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. An SIR letter was received from Jane Pineda of Golden State Insurance Company on November 20, 2024 for the claim number TCIC002048 with the Date of Loss as September 1, 2023, also known as the date the homeowner first noticed signs of cracks.

89. Construction on the pool, located at 2028 Murano Lane in the city of Leander in the state of Texas and belonging to Ben and Kasi Ford, began on January 29, 2022. The gunite was shot on March 3, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 30, 2023 and notified Premier Pools and Spas of damage to their pool on September 18, 2023. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 30, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.73805, was denied on September 20, 2024.

90. Construction on the pool, located at 112 Westfield Drive in the city of Leander in the state of Texas and belonging to Reddy Gaddikoppula, began on September 25, 2020. The gunite was shot on October 10, 2020 by Hotcrete. The homeowner first noticed signs of cracks on April 7, 2023 and notified Premier Pools and Spas of damage to their pool on September 18,

2023. A claim was filed on July 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 7, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.73839, was denied on September 18, 2024.

91. Construction on the pool, located at 208 Independence in the city of Georgetown in the state of Texas and belonging to Carlos Garcia, began on August 31, 2021. The gunite was shot on September 17, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on January 1, 2023 and notified Premier Pools and Spas of damage to their pool on October 4, 2023. A claim was filed on July 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Golden State Claims Adjusters' Senior Claims Specialist Karen Booth was January 12, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number TCIC001722, was denied in the letter sent on September 6, 2024.

92. Construction on the pool, located at 9016 Mountain Lake Circle in the city of Austin in the state of Texas and belonging to Robert and Pam Garza, began on December 1, 2020. The gunite was shot on April 20, 2021 by Hotcrete. The homeowner first noticed signs of cracks in "the summer of 2023" and notified Premier Pools and Spas of damage to their pool on April 22, 2024. A claim was filed on August 22, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with

coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 13, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.75284, was denied on October 10, 2024.

93. Construction on the pool, located at 4100 Logan Ridge Drive in the city of Cedar Park in the state of Texas and belonging to Ryan Gauna and Leslie Gauna-Leal, began on June 11, 2022. The gunite was shot on June 23, 2021 by Fast Mix. The homeowner first noticed signs of cracks on August 1, 2023 and notified Premier Pools and Spas of damage to their pool on September 5, 2023. A claim was filed on February 7, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 1, 2023, also known as the date the homeowner first noticed signs of cracks. However, the coverage determination letter establishes the Date of Loss as June 11, 2022, also known as the start date for the construction of the pool. The claim, number 1.81952, was denied on April 28, 2025.

94. Construction on the pool, located at 211 Balsam Street in the city of Hutto in the state of Texas and belonging to Heather Gauvin, began on October 21, 2021. The gunite was shot on November 24, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 26, 2025 and notified Premier Pools and Spas of damage to their pool on February 27, 2025. A claim was filed on March 6, 2025 with Premier Pools and Spas' insurance company

Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 7, 2022, also known as the completion date of the pool construction. The outcome of claim number 1.82758 .1357 is pending.

95. Construction on the pool, located at 6924 Donato Place in the city of Round Rock in the state of Texas and belonging to Christy Gentry, began on October 11, 2021 The gunite was shot on October 18, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 23, 2023 and notified Premier Pools and Spas of damage to their pool on August 8, 2023. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss in the contact letter applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 8, 2023, also known as the date the homeowner notified Premier Pools and Spas of the damage to their pool. The claim, number 1.75468, was denied on October 16, 2024.

96. Construction on the pool, located at 1212 Volente Lane in the city of Leander in the state of Texas and belonging to Charles Guidry, began on October 11, 2021. The gunite was shot on October 18, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on October 21, 2023 and notified Premier Pools and Spas of damage to their pool on February 19, 2024. A claim was filed on July 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage

dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was October 21, 2023, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.74026, was denied on October 4, 2024.

97. Construction on the pool, located at 222 Animas Drive in the city of Georgetown in the state of Texas and belonging to Brittany Gundersen, began on October 20, 2021. The gunite was shot on November 4, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 22, 2022 and notified Premier Pools and Spas of damage to their pool on June 21, 2022. A claim was filed on September 3, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Golden State Claims Adjusters' Senior Claims Specialist Karen Booth was April 22, 2022, also known as the date the homeowner first noticed signs of cracks. The claim, number TCIC001871, was denied in the letter sent on September 6, 2024.

98. A separate claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 22, 2022, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.78915, was denied on October 17, 2024.

99. Construction on the pool, located at 2504 Belaire East Lane in the city of Granite Shoals in the state of Texas and belonging to Mark and Julia Henshaw, began on July 14, 2022. The gunite was shot on August 3, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on December 1, 2024 and notified Premier Pools and Spas on December 10, 2024 of damage to their pool. A claim was filed on January 3, 2025 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. Correspondence with Independent Field Adjuster Lenneth Kim, took place in February of 2025 referencing the claim number TCIC002149. However, no official letters were received from Golden State Claims Adjusters. The claim is pending.

100. Construction on the pool, located at 4320 Allenbrook Drive in the city of Pflugerville in the state of Texas and belonging to Brandy and Justin Hodgson, began on August 27, 2021. The gunite was shot on September 10, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on August 5, 2022 and notified Premier Pools and Spas of damage to their pool on January 10, 2024. A claim was filed on August 27, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Dianna O'Shea of Golden State Claims Adjusters was August 5, 2022, also known as the date the homeowner first noticed signs of cracks. The claim, number TCIC001716, was denied in the letter sent on July 12, 2024.

101. A separate claim was filed on July 10, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss

applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 10, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number 1.73877, was denied on October 3, 2024.

102. Construction on the pool, 200 County Road 333 in the city of Burnet in the state of Texas and belonging to Clarissa Holland, began on September 22, 2021. The gunite was shot on September 16, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 2, 2024 and notified Premier Pools and Spas of damage to their pool on August 23, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 23, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. However, in the coverage determination letter the Date of Loss is June 2, 2024, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.75462, was denied on October 16, 2024.

103. A separate claim was filed on November 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Debra Hickson of Golden State Claims Adjusters was June 2, 2024, also known as the date the homeowner first noticed signs of cracks. The claim, number TCIC002040, is pending.

104. Construction on the pool, located at 3214 Scenic Valley Drive in the city of Leander in the state of Texas and belonging to Mark Huddleston, began on March 22, 2022. The gunite was shot on April 14, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 8, 2022 and notified Premier Pools and Spas of damage to their property on April 10, 2024. A claim was filed on July 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Jennifer Day of Golden State Claims Adjusters was June 8, 2022, also known as the date the homeowners first noticed cracks in the decking. The claim, number TCIC001726, is still pending.

A separate claim was filed on December 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 18, 2022, also known as the completion date for the pool construction. The claim, number 1.80818, was denied on March 12, 2025.

105. Construction on the pool, located at 2437 Etta May Lane in the city of Leander in the state of Texas and belonging to Jodi Jay, began on September 24, 2021. The gunite was shot on October 7, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 10, 2024 and notified Premier Pools and Spas of damage to their pool on May 7, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact

letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 7, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. However, in the coverage determination letter the Date of Loss is April 10, 2024, also known as the date the homeowner first noticed signs of cracks. The claim, number 1.75464, was denied on November 20, 2024.

106. Construction on the pool, located at 324 Creek Crossing in the city of Georgetown in the state of Texas and belonging to Michael Johnson, began on October 23, 2020. The gunite was shot on November 20, 2020 by Hotcrete. The homeowner first noticed signs of cracks on June 6, 2022 and notified Premier Pools and Spas of damage to their property on April 15, 2024. A claim was filed on July 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. No Date of Loss was listed in the claim denial letter sent by Cindy Yanez of Golden State Claims Adjusters. The claim, number TCIC001725, was denied on August 15, 2024.

107. A separate claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 6, 2022, also known as the date the homeowner first noticed cracks in the pool. The claim, number 1.75254, was denied on August 28, 2024.

108. Construction on the pool, located at 611 Windbrook in the city of Georgetown in the state of Texas and belonging to Kevin Jones, began on September 28, 2021. The gunite was shot on October 12, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on January 3, 2024 and notified Premier Pools and Spas of damage to their pool on February 26, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 3, 2024, also known as the date the homeowner first noticed cracks in the pool. The claim, number 1.73814, was denied on October 3, 2024.

109. Construction on the pool, located at 180 Gabriel Farms in the city of Hutto in the state of Texas and belonging to Steve Jones, began on August 19, 2021. The gunite was shot on August 25, 2020 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on August 10, 2022 and notified Premier Pools and Spas of damage to their property on March 13, 2024. A claim was filed on July 15, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the coverage determination letter sent by Dianna O'Shea of Golden State Claims Adjusters was August 10, 2022, also known as the date the homeowners first noticed cracks. No Date of Loss was listed in the claim denial letter sent on October 25, 2024. The claim, number TCIC001721, was denied on July 15, 2024.

110. A separate claim was filed on November 14, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter sent by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 19, 2021, also known as the start date of the pool construction. However, the coverage determination letter lists the Date of Loss as January 25, 2022, also known as the completion date for the pool construction.The claim, number 1.79726 .1357, was denied on January 30, 2025.

111. Construction on the pool, located at 201 Trick Pony in the city of Liberty Hill in the state of Texas and belonging to Amy Kingsbery, began on June 25, 2021. The gunite was shot on July 12, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 11 and notified Premier Pools and Spas of damage to their pool on April 11, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 11, 2024, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.75467, was denied on October 16, 2024.

112. Construction on the pool, located at 4029 Catwalk Street in the city of Pflugerville in the state of Texas and belonging to Rebecca Larez, began on April 2, 2022. The gunite was shot on April 15, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on

September 9, 2024 and notified Premier Pools and Spas the same day, September 9, 2024, of damage to their pool. A claim was filed on December 18, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. Correspondence with Independent Field Adjuster Lenneth Kim, took place in February of 2025 referencing the claim number TCIC002124. However, no official letters were received from Golden State Claims Adjusters. The claim is pending.

113. Construction on the pool, located at 15810 Axehandle Trail in the city of Austin in the state of Texas and belonging to Chiu Lee, began on September 9, 2021. The gunite was shot on September 21, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on July 4, 2023 and notified Premier Pools and Spas of damage to their pool on October 19, 2023. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 4, 2023, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number 1.73807, was denied on October 3, 2024.

114. Construction on the pool, located at 1412 Highland Ridge Road in the city of Georgetown in the state of Texas and belonging to Kyle Leonard, began on March 29, 2022. The gunite was shot on April 13, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 15, 2024 and notified Premier Pools and Spas on May 9, 2024 of damage to their pool. A claim was filed on September 3, 2024 with Premier Pools and Spas' insurance company

Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Karen Booth of Golden State Claims Adjusters was April 15, 2024, also known as the date the homeowners notified Premier Pools and Spas of damage to their pool. The claim, number TCIC001876, was denied on February 19, 2024. A SIR letter was sent on November 5, 2024.

115. Construction of the pool, located at 159 Faubion Drive in the city of Georgetown in the state of Texas and belonging to Shannon Lombardo, began on July 1, 2021. The gunite was shot on July 21, 2021 by Big Dog Shotcrete. The homeowner reached out via email to Premier Pools and Spas regarding cracks in a bench in the pool on April 21, 2024. A claim was filed on May 29, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 23, 2024, also known as two days after the homeowner notified Premier Pools and Spas of the damage. The claim, number 1.73471, was denied on August 14, 2023.

116. Construction of the pool, located at 5901 Mantacino Drive in the city of Round Rock in the state of Texas and belonging to John Madariaga, began on September 14, 2021. The gunite was shot on September 21, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on February 1, 2022 and notified Premier Pools and Spas of damage to their pool on September 20, 2024. A claim was filed on October 29, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss

applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 11, 2022, also known as the completion date for the pool construction. The claim, number 1.79483, was denied on January 30, 2025.

117. Construction on the pool, located at 1909 Leaders Lane in the city of Leander in the state of Texas and belonging to Dilly Magombo, began on April 25, 2022. The gunite was shot on May 16, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 4, 2024 and notified Premier Pools and Spas of damage to their property on October 18, 2024. A claim was filed on November 6, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Karen Booth of Golden State Claims Adjusters was February 4, 2024, also known as the date the homeowner first noticed cracks in their pool. The claim, number TCIC002017, is pending.

118. Construction on the pool, located at 2311 Grosetto Court in the city of Harker Heights in the state of Texas and belonging to Edgar "Eddie" Martinez, began on June 10, 2021. The gunite was shot on June 29, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 16, 2024 and notified Premier Pools and Spas of damage to their pool that same day on February 16, 2024. A claim was filed on July 16, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was

February 16, 2024, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.73927, was denied on October 4, 2024.

119. Construction on the pool, located at 4301 Greatview Drive in the city of Round Rock in the state of Texas and belonging to Kevin and Jamie Masters, began on April 19, 2022. The gunite was shot on May 19, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on September 22, 2024 and notified Premier Pools and Spas on March 31, 2025 of damage to their pool. A claim was filed on April 8, 2025 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. No correspondence has been received from the insurance company to date.

120. Construction on the pool, located at 11217 Timbrook Trail in the city of Austin in the state of Texas and belonging to Katie McEuen, began on August 18, 2020. The gunite was shot on September 16, 2020 by Hotcrete. The homeowner first noticed signs of cracks on July 1, 2023 and notified Premier Pools and Spas of damage to their pool that same day on April 11, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 1, 2023, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.73815, was denied on October 3, 2024.

121. Construction on the pool, located at 112 Miracle Rose Way in the city of Liberty Hill in the state of Texas and belonging to Rob McFall, began on April 21, 2022. The gunite was shot on May 10, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on February 26, 2024 and notified Premier Pools and Spas of damage to their pool that same day on June 6, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was February 26, 2024, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.73808, was denied on September 3, 2024.

122. Construction of the pool, located at 3201 Logsdon Street in the city of Copperas Cove in the state of Texas and belonging to David McPhail, began on November 11, 2021. The gunite was shot on November 15, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on March 25, 2025 and notified Premier Pools and Spas of damage to their pool the same day on March 25, 2025. A claim was filed on April 2, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 5, 2022, also known as the completion date for the pool construction. The claim, number 1.85384 .1357, was denied on April 3, 2025.

123. Construction on the pool, located at 2621 Auburn Chestnut Lane in the city of Pflugerville in the state of Texas and belonging to Darrin McPherson, began on August 10, 2020. The gunite was shot on September 1, 2020 by Hotcrete. The homeowner first noticed signs of cracks on December 15, 2023 and notified Premier Pools and Spas of damage to their pool on January 25, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was December 15, 2023, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.73806, was denied on October 3, 2024.

124. Construction of the pool, located at 14050 FM 619 in the city of Coupland in the state of Texas and belonging to Clifford Miller, began on November 19, 2021. The gunite was shot on December 9, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on March 22, 2025 and notified Premier Pools and Spas of damage to their pool on March 24, 2025. A claim was filed on April 2, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was February 9, 2022, also known as the completion date for the pool construction. The claim, number 1.85368 .1357, is pending.

125. Construction of the pool, located at 275 Buckskin Boulevard in the city of Liberty Hill in the state of Texas and belonging to Dirk Miller, began on November 8, 2021. The gunite was shot on November 17, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on February 19, 2025 and notified Premier Pools and Spas of damage to their pool on March 26, 2025. A claim was filed on April 23, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 9, 2022, also known as the completion date for the pool construction. The claim, number 1.85998 .1357, is pending.

126. Construction of the pool, located at 2005 Cotton Farm Trail in the city of Leander in the state of Texas and belonging to Laurent and Kim Milne, began on July 15, 2021. The gunite was shot on July 22, 2021 by Hotcrete. The homeowner first noticed signs of cracking in 2022 and notified Premier Pools and Spas of damage to their pool on March 28, 2024. A claim was filed on August 27, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 28, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number 1.75335, was denied on October 15, 2024.

127. Construction of the pool, located at 3604 Rock Terrace Drive in the city of Lago Vista in the state of Texas and belonging to Laurent and Kara Mjones, began on March 8, 2022. The gunite was shot on March 22, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on December 4, 2022 and notified Premier Pools and Spas of damage to their pool on May 22, 2023. A claim was filed on July 14, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Karen Booth, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company, was October 4, 2022, also known as the date the homeowner first noticed signs of damage to their pool. The claim, number TCIC001752, was denied on September 6, 2024.

128. Construction of the pool, located at 25426 Singleton Bend in the city of Marble Falls in the state of Texas and belonging to Martha Morales, began on December 23, 2021. The gunite was shot on January 10, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on November 28, 2022 and notified Premier Pools and Spas of damage to their pool on March 1, 2024. A claim was filed on August 23, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Karen Booth of Golden State Claims Adjusters was November 28, 2022, also known as the date the homeowner first noticed cracks in their pool. The claim, number TCIC001849, was denied on September 6, 2024.

129. A separate claim was filed on October 25, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number

PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was December 23, 2021, also known as the start date of the pool construction. However, the coverage determination letter lists the Date of Loss as November 28, 2022, also known as the date the homeowner first noticed signs of cracks in their pool. The claim, number 1.79426 .1357, was denied on October 30, 2024.

130. Construction of the pool, located at 1613 Carmine Drive in the city of Leander in the state of Texas and belonging to Laurent and Kara Mjones, began on March 31, 2022. The gunite was shot on April 26, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on March 17, 2025 and notified Premier Pools and Spas of damage to their pool that same day on March 17, 2025. A claim was filed on April 2, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 7, 2022, also known as the date the completion date of the pool construction. The claim, number 1.85369 .1357, was denied on April 3, 2025.

131. Construction on the pool, located at 3904 Walsh Ranch Boulevard in the city of Round Rock in the state of Texas and belonging to Pavan Mula, began on September 18, 2020. The gunite was shot on September 27, 2020 by EZ Mix. The homeowner first noticed signs of cracks on June 3, 2024. A claim was filed on September 3, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number

PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 3, 2024, also known as the date the homeowner first noticed signs of cracking in their pool. The claim, number 1.75413, was denied October 15, 2024.

132. Construction of the pool, located at 6724 Lewiston Way in the city of Austin in the state of Texas and belonging to Aaron Mullens, began on July 13, 2022. The gunite was shot on August 2, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on May 3, 2024 and notified Premier Pools and Spas of damage to their pool on May 16, 2024. A claim was filed on September 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 3, 2024, also known as the date the homeowner first noticed cracks in their pool. The claim, number 1.75659, was denied on October 17, 2024.

133. A separate claim was filed on January 3, 2025, with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. No Date of Loss was applied to the claim in the letter sent by Dianna O'Shea of Golden State Claims Adjusters acting as the adjuster company for Third Coast Insurance Company. The claim, number TCIC002144, was denied on April 14, 2025.

134. Construction of the pool, located at 769 Faith Drive in the city of Liberty Hill in the state of Texas and belonging to Karin Petra Nealy, began on November 1, 2021. The gunite was shot on November 10, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on March 31, 2024 and notified Premier Pools and Spas of damage to their pool on June 6, 2024. A claim was filed on September 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 6, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. However, the coverage determination letter lists the Date of Loss as March 31, 2024, also known as the date the homeowner first noticed signs of cracks in the pool. The claim, number 1.75461, was denied on October 16, 2024.

135. Construction of the pool, located at 304 River Chase Court in the city of Georgetown in the state of Texas and belonging to Jeffrey Novak, began on December 17, 2020. The gunite was shot on June 1, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on June 3, 2021 and notified Premier Pools and Spas of damage to their pool on June 1, 2023. A claim was filed on July 3, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim in the letter sent by Dianna O'Shea of Golden State Claims Adjusters acting as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014140, was denied on January 10, 2024.

136. A separate claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the claim acknowledgement letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 3, 2021, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. However, the coverage determination letter lists the Date of Loss as June 1, 2023, also known as the date the homeowner notified Premier Pools and Spas of cracks in the pool. The claim, number 1.75258, was denied on October 10, 2024.

137. Construction on the pool, located at 801 Whitetail Drive in the city of Round Rock in the state of Texas and belonging to Omar Ortega, began on August 9, 2021. The gunite was shot on August 20, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on June 1, 2023 and notified Premier Pools and Spas of damage to their pool on November 17, 2023. A claim was filed on March 14, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was September 1, 2023. This date does not coincide with any dates filed for the claim. The claim, number 1.75282, was denied on October 10, 2024.

138. Construction on the pool, located at 8026 Whitworth Lane in the city of Round Rock in the state of Texas and belonging to Michael Ota, began on February 5, 2021. The gunite

was shot on April 7, 2021 by Gulf Shotcrete. The homeowner first noticed signs of cracks on February 20, 2024 and notified Premier Pools and Spas of damage to their pool on April 23, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was February 20, 2024, also known as the date the homeowner first noticed signs of cracks in the pool. The claim, number 1.73813, was denied on October 3, 2024.

139. Construction of the pool, located at 6002 Bella Charca Parkway in the city of Nolanville in the state of Texas and belonging to Linda Owen, began on June 21, 2021. The gunite was shot on July 9, 2021 by Gulf Shotcrete. The homeowner first noticed signs of cracking on April 29, 2024 and notified Premier Pools and Spas of damage to their pool on May 7, 2024. A claim was filed on August 30, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 29, 2024, also known as the date the homeowner first noticed signs of cracks in the pool. The claim, number 1.75381, was denied on October 15, 2024.

140. Construction on the pool, located at 7223 Villa Maria Lane in the city of Austin in the state of Texas and belonging to Dharani and Priya Palaniswaamy, began on April 7, 2022. The gunite was shot on May 9, 2022 by Big Dog Shotcrete. The homeowner first noticed signs

of cracks on November 23, 2023 and notified Premier Pools and Spas on December 20, 2023 of damage to their pool. A claim was filed on October 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was November 23, 2023, also known as the date the homeowner notified Premier Pools and Spas of cracking in their pool. The claim, number 1.79380, was denied November 4, 2024.

141. A separate claim was filed on November 14, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. A contact letter was received, sent by Matthew Pohl working for Raphael and Associates Insurance Adjusters on December 3, 2024. The Date of Loss was listed as April 7, 2022, also known as the start date of the pool construction. The claim, number 2.73478.1357, is pending.

142. Construction on the pool, located at 114 Colthorpe Lane in the city of Hutto in the state of Texas and belonging to Brandon Patschke, began on October 2, 2020. The gunite was shot on October 16, 2020 by Hotcrete. The homeowner first noticed signs of cracks on April 2, 2023 and notified Premier Pools and Spas of damage to their pool on May 7, 2024. A claim was filed on July 5, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 2, 2023, also known as the date the

homeowner first noticed signs of cracks in the pool. The claim, number 1.73816, was denied on October 3, 2024.

143. Construction of the pool, located at 739 Cascada Lane in the city of Round Rock in the state of Texas and belonging to Mark and Monica Perry, began on November 29, 2021. The gunite was shot on December 14, 2021 by Gulf Shotcrete. The homeowner first noticed signs of cracking on November 1, 2024 and notified Premier Pools and Spas of damage to their pool that same day, November 1, 2024. A claim was filed on July 3, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was November 29, 2021, also known as the date the homeowner first noticed signs of cracks and notified Premier Pools and Spas of damage to their pool. However, the Date of Loss is listed in the coverage determination letter as January 31, 2022, also known as the end date of the pool construction. The claim, number 1.81126.1357, was denied on March 31, 2025.

144. Construction of the pool, located at 312 Millard Street in the city of Georgetown in the state of Texas and belonging to Criz Posadas, began on November 22, 2021. The gunite was shot on December 10, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on January 24, 2025 and notified Premier Pools and Spas of damage to their pool that same day, January 24, 2025. A claim was filed on January 27, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss

applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 24, 2025, also known as the date the homeowner first noticed signs of cracks and notified Premier Pools and Spas of damage to their pool. However, the Date of Loss is listed in the coverage determination letter as March 3, 2022, also known as the end date of the pool construction. The claim, number 1.81666, was denied on March 31, 2025.

145. Construction on the pool, located at 3040 Margarita Loop in the city of Round Rock in the state of Texas and belonging to Stacy Quick, began on August 6, 2021. The gunite was shot on August 11, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on August 17, 2023 and notified Premier Pools and Spas of damage to their pool on September 10, 2023. A claim was filed with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea of Golden State Claims Adjusters acting as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014370, was denied on January 15, 2024.

146. A separate claim was filed on August 20, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was August 17, 2023, also known as the date the homeowner first noticed signs of cracks in the pool. The claim, number 1.75256, was denied on October 10, 2024.

147. Construction of the pool, located at 13336 Arbor Hill Cove in the city of Manor in the state of Texas and belonging to Margot and Natasha Richards, began on August 10, 2021. The gunite was shot on August 24, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on February 8, 2023 and notified Premier Pools and Spas of damage to their pool on March 27, 2024. A claim was filed on July 16, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Dianna O'Shea of Golden State Claims Adjusters was February 8, 2023, also known as the date the homeowner first noticed cracks in their pool. The claim, number TCIC001732, is pending.

148. Construction on the pool, located at 456 Bold Sundown in the city of Liberty Hill in the state of Texas and belonging to Emily Ryan, began on April 23, 2020. The gunite was shot on May 8, 2020 by Hotcrete. A date when the homeowner first noticed signs of cracks was not provided. The homeowner notified Premier Pools and Spas on January 15, 2025 of damage to their pool. A claim was filed on February 10, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was April 23, 2020, also known as the start date of the pool construction. However, in the coverage determination letter the Date of Loss was listed as January 15, 2025, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number 1.81965 .1357, was denied May 8, 2025.

149. Construction of the pool, located at 4101 Percheron Bend in the city of Cedar Park in the state of Texas and belonging to Praveen Sampath, began on September 28, 2021. The gunite was shot on December 8, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on April 29, 2022 and notified Premier Pools and Spas of damage to their pool on March 27, 2024. A claim was filed on August 22, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Debra Hickson of Golden State Claims Adjusters was April 29, 2022, also known as the date the homeowner first noticed cracks in their pool. The claim, number TCIC001844, was denied on October 25, 2024.

150. Construction of the pool, located at 2216 San Polo Place in the city of Leander in the state of Texas and belonging to Stephen Sanchagrin, began on May 27, 2021. The gunite was shot on June 17, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on March 3, 2023 and notified Premier Pools and Spas of damage to their pool that same day, March 3, 2023. A claim was filed on July 6, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014272, was denied on December 26, 2023.

151. A separate claim was filed on July 1, 2024. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates

Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 17, 2021, also known as the date the gunite was shot. However, the Date of Loss is listed in the coverage determination letter as March 3, 2023, also known as the date the homeowner noticed first signs of cracks and notified Premier Pools and Spas of damage to their pool. The claim, number 1.73770, was denied on September 10, 2024.

152. Construction on the pool, located at 6724 Shiva Kamini Way in the city of Austin in the state of Texas and belonging to Marshall Sanders, began on January 12, 2021. The gunite was shot on February 8, 2021 by Hotcrete. The homeowner first noticed signs of cracking on February 5, 2025 and notified Premier Pools and Spas on February 7, 2025 of damage to their pool. A claim was filed on February 10, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 12, 2025, also known as the start date of the pool construction. However, in the coverage determination letter the Date of Loss was listed as July 28, 2021, also known as the end date of the pool construction. The claim, number 1.81963 .1357, was denied May 6, 2025.

153. Construction of the pool, located at 1809 Murano Lane in the city of Leander in the state of Texas and belonging to Jennifer Scanlon, began on March 8, 2022. The gunite was shot on April 6, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on January 30, 2025 and notified Premier Pools and Spas of damage to their pool that same day, March 3, 2023. A claim was filed on February 7, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with

coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was March 8, 2022, also known as the start date of the pool construction. The claim, number 1.81936, was denied on April 9, 2025.

154. Construction on the pool, located at 1112 Del Roy Drive in the city of Cedar Park in the state of Texas and belonging to Kari Schimpf, began on August 1, 2020. The gunite was shot on August 25, 2020 by Hotcrete. A date for the first signs of cracks was not provided. The homeowner notified Premier Pools and Spas on December 18, 2024 of damage to their pool. A claim was filed on February 10, 2025 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was October 23, 2020, also known as the end date of the pool construction. The claim, number 1.81964 .1245, was denied May 6, 2025.

155. Construction on the pool, located at 2439 Soprano Way in the city of Round Rock in the state of Texas and belonging to Barrett and Brandi Schulz, began on June 22, 2021. The gunite was shot on July 17, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on April 4, 2022 and notified Premier Pools and Spas of damage to their pool on June 21, 2023. A claim was filed on July 27, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim in the

acknowledgement letter by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 22, 2021, also known as the start date of the pool construction. However, the denial letter states the Date of Loss as "Unknown". The claim, number PR014230, was denied January 15, 2024.

156. A separate claim was filed on July 11, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss for the claim was not listed in the acknowledgement letter sent by Deanne J. Murphy of Golden State Claims Adjusters. The claim, number TCIC001717, was denied July 17, 2024.

A separate claim was filed on August 20, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the acknowledgement letter sent on August 21, 2024 by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was June 21, 2023, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number 1.75257, is pending.

157. Construction on the pool, located at 1306 Roaring Fork in the city of Leander in the state of Texas and belonging to Andrea Schumann, began on April 2, 2021. The gunite was shot on May 7, 2021 by Hotcrete. The homeowner first noticed signs of cracks on May 10, 2024 and notified Premier Pools and Spas of damage to their pool on May 13, 2024. A claim was filed on July 1, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10,

2021 to March 10, 2022. The Date of Loss applied to the claim in the acknowledgement letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was May 7, 2021, also known as the date the gunite was shot. However, in the disclaimer letter the Date of Loss is listed as May 10, 2024, also known as the date the homeowner first noticed signs of cracks in their pool. The claim, number 1.73771, was denied on September 13, 2024.

158. A separate claim was filed on November 14, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss for the claim was listed in the acknowledgement letter as May 10, 2024, also known as the date the hometowner first noticed signs of cracks in their pool. This letter was sent by Dianna O'Shea of Golden State Claims Adjusters. The claim, number TCIC002038, is pending.

159. Construction on the pool, located at 127 Cumberland Drive in the city of Belton in the state of Texas and belonging to Mike Scott, began on September 1, 2020. The gunite was shot on September 24, 2020 by Hotcrete.The homeowner first noticed signs of cracks on February 2, 2023 and notified Premier Pools and Spas on April 11, 2024. A claim was filed on August 21, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss for the claim was listed as January 9, 2021, also known as the end date of the pool construction by Karen Booth, Senior Claims Specialist for Golden State Claims Adjusters. The claim, number TCIC001837, was denied on September 6. 2024.

160. A separate claim was filed on November 14, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 9, 2021, also known as the end date of the pool construction. The claim, number 1.79729, was denied January 30, 2025.

161. Construction on the pool, located at 507 Riverview Drive in the city of Georgetown in the state of Texas and belonging to Kelly Seaman, began on June 9, 2021 The gunite was shot on June 24, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on July 6, 2023 and notified Premier Pools and Spas of damage to their pool on November 6, 2023. A claim was filed on July 9, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke of Raphael and Associates Insurance Adjusters acting as the adjuster company for Preferred Contractors Insurance Company was July 6, 2023, also known as the date the homeowner noticed signs of cracks in their pool. The claim, number 1.73837, was denied on October 3, 2024.

162. Construction of the pool, located at 117 Hollytree Court in the city of Georgetown in the state of Texas and belonging to Greg Shifflett, began on September 28, 2021. The gunite was shot on October 7, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on December 25, 2022 and notified Premier Pools and Spas of damage to their pool on June 19, 2023. A claim was filed on August 20, 2024 with Premier Pools and Spas' insurance

company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Karen Booth of Golden State Claims Adjusters was October 4, 2022. This date does not coincide with any dates on the claim. The claim, number TCIC001836, was denied October 14, 2024.

163. A separate claim was filed on October 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 7, 2022, also known as the end date of the pool construction. The claim, number 1.9384, was denied on January 28, 2025.

164. Construction of the pool, located at 217 Will Smith Drive in the city of Hutto in the state of Texas and belonging to Michelle Silvestry, began on April 1, 2022. The gunite was shot on April 21, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on August 15, 2024 and notified Premier Pools and Spas of damage to their pool that same day, August 15, 2024. A claim was filed on March 17, 2025 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. No correspondence has been received from the insurance company to date.

165. Construction of the pool, located at 6607 Rain Creek Parkway in the city of Austin in the state of Texas and belonging to JD Steanson, began on April 1, 2022. The gunite was shot on May 4, 2022 by Big Dog Shotcrete. A date the homeowner first noticed signs of

cracking was not provided. The homeowner notified Premier Pools and Spas of damage to their pool on December 27, 2023. A claim was filed on August 27, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim by Jennifer Day, working for Golden State Claims Adjusters as the insurance adjuster company for Third Coast Insurance Company, was December 27, 2023, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. The claim, number TCIC001857, was denied. An SIR letter was received on September 6, 2024.

166. Construction of the pool, located at 612 Magan Lane in the city of Jarrell in the state of Texas and belonging to Kim Steffek, began on August 23, 2021. The gunite was shot on September 3, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on June 13, 2022 and notified Premier Pools and Spas of damage to their pool on April 1, 2024. A claim was filed on July 23, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The claim, number TCIC001750, was denied. In an email sent September 20, 2024, Dianna O'Shea of Golden State Claims Adjusters states that a coverage letter would be sent shortly.

167. A separate claim was filed on October 23, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was

November 22, 2021, also known as the end date of the pool construction. The claim, number 1.79382 was denied on January 28, 2025.

168. Construction on the pool, located at 1403 Plum Creek Road in the city of Cedar Park in the state of Texas and belonging to John Struve, began on May 25, 2022. The gunite was shot on June 6, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracks on December 30, 2023 and notified Premier Pools and Spas of damage to their pool on January 19, 2024. A claim was filed on September 11, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PC449283 with coverage dates from March 10, 2023 to March 10, 2024. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke of Raphael and Associates Insurance Adjusters acting as the adjuster company for Preferred Contractors Insurance Company was January 19, 2024, also known as the date the homeowner notified Premier Pools and Spas of damage to their pool. However, the coverage determination letter lists the Date of Loss as December 30, 2023, also known as the date the homeowner noticed signs of cracks in their pool. The claim, number 1.75508, was denied on October 16, 2024.

169. Construction of the pool, located at 905 County Road 4772 in the city of Kempner in the state of Texas and belonging to Scott Uini, began on June 23, 2022. The gunite was shot on July 18, 2022 by Hotcrete. The homeowner first noticed signs of cracking on October 30, 2022 and notified Premier Pools and Spas of damage to their pool on June 5, 2023. A claim was filed on December 5, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Karen Booth of Golden State Claims Adjusters was November

3, 2022, also known as the end date of the pool construction. The claim, number TCIC002081, is pending.

170. Construction of the pool, located at 101 Shelf Rock Road in the city of Georgetown in the state of Texas and belonging to Jaime Villasana, began on July 14, 2021. The gunite was shot on July 23, 2021 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on October 20, 2021 and notified Premier Pools and Spas of damage to their pool on June 26, 2023. A claim was filed on July 14, 2023 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss of "Unknown" was applied to the claim by the insurance adjuster Dianna O'Shea, working for Golden State Claims Adjusters as the adjuster company for Preferred Contractors Insurance Company. The claim, number PR014184, was denied on January 15, 2024.

171. A separate claim was filed on July 19, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim in the contact letter by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 14, 2021, also known as the date the pool construction began. However, the Date of Loss is listed in the coverage determination letter as October 20, 2021, also known as the date the homeowner noticed first signs of cracks in their pool. The claim, number 1.73991 was denied on September 4, 2024.

172. Construction of the pool, located at 303 Darkwoods Drive in the city of Cedar Park in the state of Texas and belonging to Bryan Vinegar, began on February 11, 2022. The gunite was shot on April 1, 2022 by Big Dog Shotcrete. The homeowner first noticed signs of cracking on January 4, 2023 and notified Premier Pools and Spas of damage to their pool on April 11, 2024. A claim was filed on July 16, 2024 with Premier Pools and Spas' insurance company Third Coast Insurance Company under the policy number GLSISTC001582422 with coverage dates from March 10, 2022 to March 10, 2023. The Date of Loss applied to the claim in the acknowledgement letter sent by Jennifer Roach of Golden State Claims Adjusters was January 4, 2023, also known as the date the homeowner first noticed cracks in their pool. The claim, number TCIC001728, was denied on August 16, 2024. The denial letter did not specify a Date of Loss.

173. A separate claim was filed on September 16, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was January 4, 2023, also known as the date the homeowner noticed signs of cracks in their pool. The claim, number 1.75556, was denied on October 16, 2024.

174. Construction of the pool, located at 422 South Lynnwood Trail in the city of Cedar Park in the state of Texas and belonging to Brad Warnock, began on October 14, 2020. The gunite was shot on October 26, 2020 by Hotcrete. The homeowner first noticed signs of cracking on July 6, 2021 and notified Premier Pools and Spas of damage to their pool on April 19, 2024. A claim was filed on July 19, 2024 with Premier Pools and Spas' insurance company

Preferred Contractors Insurance Company under the policy number PCCM391273 with coverage dates from March 10, 2021 to March 10, 2022. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 6, 2021, also known as the date the homeowner noticed signs of cracks in their pool. The claim, number 1.73993, was denied on October 4, 2024.

175. Construction on the pool, located at 3204 Honey Peach Way in the city of Pflugerville in the state of Texas and belonging to Renee West, began on September 19, 2020. The gunite was shot on September 29, 2020 by Hotcrete. The homeowner first noticed signs of cracking on July 9, 2024 and notified Premier Pools and Spas on July 10, 2024 of damage to their pool. A claim was filed on September 13, 2024 with Premier Pools and Spas' insurance company Preferred Contractors Insurance Company under the policy number PCCM349402 with coverage dates from March 10, 2020 to March 10, 2021. The Date of Loss applied to the claim by the insurance adjuster Pete Clarke, working for Raphael and Associates Insurance Adjusters as the adjuster company for Preferred Contractors Insurance Company, was July 9, 2024, also known as the start date of the pool construction. However, in the coverage determination letter the Date of Loss was listed as July 28, 2021, also known as the end date the homeowner noticed the first signs of cracks. The claim, number 1.75549, was denied October 16, 2024.

## CAUSES OF ACTION

### A. Declaratory Relief

1. An actual controversy exists between Plaintiff and Defendants with respect to their rights and obligations under the Policy in connection with the Underlying Lawsuits.
2. Plaintiff seeks a declaration that Defendants are obligated to provide a defense to Plaintiff

in the Underlying Lawsuits.

**B. Breach of Contract**

3. PLAINTIFF purchased insurance policies with Defendants. Defendants had a duty to defendant and indemnify Plaintiff for the claims brought against it. Defendants denied coverage, with no reasonable basis. Defendants knew or should have known that there was no such reasonable basis to deny, delay, and fail to the costs of defense of Plaintiff. The conduct of Defendants was irresponsible and unconscionable. Defendants took advantage of the PLAINTIFF'S lack of sophistication in insurance matters to a grossly unfair degree. Defendants have, by their conduct, breached their subject contracts with the PLAINTIFF. The conduct of Defendants has proximately caused the injuries and damages to the PLAINTIFF.

**C. DTPA Violations**

9. PLAINTIFF is a "consumer" entitled to relief under the Texas Deceptive Trade Practices—Consumer Protection Act ("DTPA"). By its conduct outlined above, Defendants have engaged in the following violations of the DTPA which, together and separately, have been a producing cause of PLAINTIFF'S damages:

(a) Defendants made false representations about PLAINTIFF'S rights, remedies and obligations under the policies at issue. These statements were a misrepresentation of the insurance policies and its benefits in violation of §§17.46(b)(5), (7), (12) and (14), Texas Business & Commerce Code;

(b) Defendants' actions constitute an unconscionable course of conduct entitling PLAINTIFF to relief under §17.50(a)(1), (2), (3), and (4) of the Texas Business & Commerce Code;

(c) Defendants failed to disclose information to PLAINTIFF concerning the nature and extent of its insurance policy which was known by Defendants at the time for the purpose of inducing PLAINTIFF into transactions which he would not have otherwise entered in violation of section 17.46(b)(9) and (23), Texas Business and Commerce Code;

(d) As described above, Defendants violated Chapter 541, Texas Insurance Code, entitling PLAINTIFF to relief under section 17.50(a)(4), Texas Business and Commerce Code.

Defendants took advantage of PLAINTIFF'S lack of knowledge in insurance claims processes, misrepresented coverage under the insurance policy, and failed to disclose pertinent information regarding their duty to defend Plaintiff. Defendants' conduct as described herein was a producing cause of damages to PLAINTIFF, for which PLAINTIFF sues. The conduct of the Defendatns was more than just a mistake, and was done "knowingly" and/or "intentionally" as that term is derived by statute. Because of that, Defendants may be subject to liability for additional damages under the Texas Deceptive Trade Practices Act.

**B. Unfair Insurance Practices**

Defendants failed to inform PLAINTIFF of material facts such as the true scope of coverage. Defendants failed to properly process claims and have misrepresented material facts to the PLAINTIFF. Defendants have failed to defend Plaintiff against the claims brought against it. Further, Defendants have intentionally failed to fully investigate the claims; failed to properly convey all information to PLAINTIFF; and have intentionally denied coverage. Plaintiff has had to defend itself, and Defendants are fully aware that Plaintiff has had to spend monies out of its own pocket for coverage that should have been provided initially. Defendants have known about the claims brought against PLAINTIFF, ignoring PLAINTIFF'S plea for help.

By its conduct outlined above, Defendants have committed unfair practices in the business of insurance prohibited by Chapter 541, Texas Insurance Code, and the statutes, rules and regulations incorporated therein. Defendants have committed the following acts in violation of Texas Insurance Code and Texas Administrative Code:

(1) Defendants failed to, with good faith, effectuate a prompt, fair, and equitable settlement of the PLAINTIFF'S claims once liability became reasonable clear (Tex. Ins. Code Ann. 541.060(a)(2)(A); Tex. Ins. Code Ann. 542.003(b)(4); 28 TAC section 21.203(4));

(2) Defendants failed to provide promptly to PLAINTIFF a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for denial of the claim or for the offer of a compromise settlement of the claim (Tex. Ins. Code Ann. 541.060(a)(3); 28 TAC section 21.203(9));

(3) Defendants refused to pay a claim without conducting a reasonable investigation with respect to that claim (Tex. Ins. Code Ann. 541.060(a)(7); TAC section 21.203(15));

(4) Defendants breached its duty of good faith and fair dealing at common law;

(5) Defendants failed to adopt and implement reasonable standards for the prompt investigation of claims arising under the insurer's policies (Tex. Ins. Code Ann. 542. 003(b)(3); 28 TAC section 21.203(3));

(6) Defendants compelled PLAINTIFF to institute a suit to recover an amount due under a policy by offering substantially less than the amount ultimately recovered in a suit brought by the policyholder (Tex. Ins. Code Ann. 542.003(b)(5); 28 TAC section 21.203(6);

(7) Defendants violated the Prompt Payment of Claims Statute (28 TAC section 21.203(18));

(8) Defendants committed the following unfair methods of competition or deceptive acts or practices in the business of insurance in violation of Texas Insurance Code and the Texas Administrative Code by:

(a) Defendants made, issued or circulated or caused to be made, issued or circulated a statement misrepresenting with respect to the policy issued or to be issued:

(i) the terms of the policy; and/or

(ii) the benefits or advantages promised by the policy.

(b) Defendants made an untrue statement of material fact (Tex. Ins. Code Ann. 541.060(a)(1); 28 TAC section 21.203(1));

(c) Defendants failed to state a material fact necessary to make other statements made not misleading considering the circumstances under which statements were made; and

(d) Defendants made statements in a manner that would mislead a reasonably prudent person to a false conclusion of material fact.

(e) Defendants refused a settlement offer under applicable first-party coverage on the basis that other coverage may be available or that third parties are responsible for the damages suffered, except as may be specifically provided in the policy (Tex. Ins. Code Ann 541.060(a)(5); 28 TAC section 21.203(11);

Defendants' conduct as described herein was a producing cause of damages to PLAINTIFF for which it now sues.

**C. Breach of the Duty of Good Faith and Fair Dealing**

From and after the time the PLAINTIFF'S claims were presented to Defendants, liability to pay the claims and defend against them, in accordance with the terms of insurance policies referenced above has been reasonably clear. Despite there being no basis whatsoever on which a

reasonable insurance company would have relied to deny and/or delay payment or refused to provide defense for PLAINTIFF'S claims, Defendants refused to accept the claims in totality. At that time, Defendants knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear. Defendants further failed to conduct a reasonable and proper inspection of the claims and refused to rely on the true facts, resorting instead to producing faulty, incomplete, and biased reasons to avoid affording coverage. This constitutes failing to handle or process the claims brought against Plaintiff in good faith, an affirmative duty placed on Defendants, as expressly stated by the Texas Supreme Court in *Vail v. Texas Farm Bureau*, 754 S.W.2d 129 at 135 (Tex. 1988). Through the actions described above, Defendants breached their duty to deal fairly and in good faith with the PLAINTIFF. Defendants' breach was a proximate cause of the losses, expenses, and damages suffered by the PLAINTIFF, for which it now sues.

**D. Prompt Payment of Claims Act**

PLAINTIFF gave prompt notice of the claims brough against it to Defendants. Defendants have engaged in unfair settlement claims practices as discussed above and denied and/or has delayed payment on the claims and have reneged on their duty to defend and indemnify Plaintiff. Defendants' investigation failed to comply with the requirements of Chapter 542 listed herein:

(a) Failing to pay PLAINTIFF'S claim within 60 days of receiving all of the items, statements, and forms required by the insurer to secure final proof of loss, of the acceptance or rejection of a claim; and

(b) Failing to request all of the items, statements and forms the Defendants reasonably believed at the time would be required from PLAINTIFF'S to pay the claim within 15 days after receiving notice of the claim.

Pursuant to Texas Insurance Code Chapter 542, Subchapter B, PLAINTIFF is entitled to

recover from Defendants the statutory penalty of 5% plus the interest rate determined under Section 304.003, Finance Code, on all amounts due on PLAINTIFF'S claims, together with attorney's fees, for which it now sues.

**E. Attorney's Fees**

Plaintiff engaged the undersigned counsel to prosecute this lawsuit against Defendants and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal. Plaintiff prays that it be awarded all reasonable attorneys' fees incurred in prosecuting their causes of action through trial and any appeal pursuant to Section 38.001 of the Texas Civil Practices and Remedies Code. In addition and/or in the alternative, Plaintiff may be awarded attorneys' fees as permitted under the Prompt Payment of Claims Act.

**F. Exemplary Damages**

Plaintiff would further show that the acts and omissions of Defendants and their agents, adjusters, employees and/or representatives complained of herein were committed knowingly, willfully, intentionally, with actual awareness, and with the specific and predetermined intention of enriching said Defendants at the expense of Plaintiff. In order to punish said Defendants for such unconscionable overreaching and to deter such actions and/or omissions in the future, Plaintiff requests exemplary damages pursuant to 17.50(b)(1) of the Texas Business and Commerce Code and § 541.152(b) of the Tex. Ins. Code.

## JURY DEMAND

Plaintiff asserts its rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with Federal Rule of Civil Procedure 38, that all causes of action herein be tried before a jury consisting of citizens residing in Travis County, Texas.

## CONDITIONS PRECEDENT

All conditions precedent have been performed or excused.

Dated: June 13, 2025

Respectfully submitted,

*s/ Jose A. Chapa, Jr.*

Jose A. Chapa, Jr.
Tex. Bar No. 24113688
**JOSE A. CHAPA LAW FIRM**
3116 Scenic Way
McAllen, Texas 78503
Telephone: (214) 629-0788
jachapa@smu.edu

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on June 13, 2025.

/s/ *Jose A. Chapa, Jr.*
Jose A. Chapa, Jr., *Attorney in Charge*